UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 19 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ANNE PRAFADA, individually on her own behalf and as Guardians Ad Litem of M; on behalf of D.M.,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>MESA UNIFIED SCHOOL DISTRICT,<br><br>　　　　Defendant - Appellee,<br><br>　and<br><br>STATE OF ARIZONA,<br><br>　　　　Defendant. | No. 18-17139<br><br>D.C. No. 2:18-cv-00718-DGC<br>U.S. District Court for Arizona, Phoenix<br><br>**MANDATE** |

　　　The judgment of this Court, entered February 06, 2020, takes effect this date.

　　　This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

　　　　　　　　　　　　　　　　　　FOR THE COURT:
　　　　　　　　　　　　　　　　　　MOLLY C. DWYER
　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　　　By: Jessica Flores
　　　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　　　　　Ninth Circuit Rule 27-7